**MEMO ENDORSED**

EYAD ISMOIL
# 37802-054
United States Penitentiary-Lee
P.O. Box 305
Jonesville VA 24263

16-cv-5658

2019 AUG -6  AM 10:52

S.D. OF NY

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-19

In The United States District Court
For The Southern District of New York

Copies mailed by chambers 9/9/2019.   AM

EYAD ISMOIL
        v.                                    Case No. S12-1:93CR
United States of America              00180-0091 FNYS

Motion For Appointment
of Counsel

    I EYAD ISMOIL once again move this court for appointment of counsel. I have made request for counsel on several occasions ever since the rulings in Johnson v. United States 135 S.ct 2551 (2015), and Welch v. United States, 136 S.ct 1257 (2016).

    This court has denied me counsel, citing several 2nd cir decisions. But now that the Supreme Court of the United States has rejected all those points in United States v. Davis, S.ct.. 2119, WL 2570623 (June 24, 2019.) The court held that Johnson invalidated the risk--of--force clause of 18 U.S.C. 924(c). Additionally, in light of Johnson, the "residual clause" within §924(c)(3)(b), is unconstitutionally vague and cannot sustain a conviction.

    Therefore, the conviction of counts Nine and Ten of the information must be overturned and dismissed and the sentence must be vacated.

    My ignorance of the law and the fact that my english is elementry at best, and the opinion in Davis now demands that I be appointed counsel, so to take advantage of the opportunity afforded to me by the United States Supreme court in Johnson, Dimaya, and now Davis clearly demands relief, and I ask again the court to appoint counsel.

-1-

I have seen in the last three years, steps, orders have been taken by the court, and by the United States Attorney's Office with issues pretaining to my case, which neither are there for my best intrest. Which is totally unfair to me the defendant who doesn't understand whats happening, only receiving legal correspondance from the court and United States attorney's office only to be lost.

I have been right since Johnson, in requesting counsel since Johnson, the legal landscape has changed substantially on the issue, see United States v. Davis, S. ct 2119, WL 2570623 (June 24 2019), and so again I am requesting for an attorney to be appointed, as my constitutional rights have been violated.

Respectfully,

July 31, 2019        Eyad Ismail

EYAD ISMOIL #37802-054
United States Penitentiary-Lee
P.O. Box 305
Jonesville, VA 24263

- 2 -

Eyad Ismoil
#37802-054
United States Penitentiary-Lee
P.O. Box 305
Jonesville, VA 24263

RECEIVED
SDNY PRO SE OFFICE
2019 AUG -6 AM 10:52

KNOXVILLE TN 377
02 AUG 2019 PM 4 L

Pro Se
sm
United States District Court
Southern District of New York
Daniel Patrick Moyniham
United Statets Courthouse
500 Pearl street
New York, NY 10007-1312

Legal Mail

10007-133099

On Nov. 1, 2018, the Court stayed this case, because of the pending resolution and issuance of the mandate in USv. Barrett, 2d Cir. No. 14-2621-cr. That has not occurred. This motion is denied without prejudice to renewal following issuance of the mandate in Barrett.

SO ORDERED
LEWIS A. KAPLAN, USDJ
9/9/19